# IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00101-3 |
| | ) | |
| AUSTIN CHASE SNEED | ) | JUDGE CAMPBELL |

## ORDER

On September 17, 2025, the Court held a hearing on the pending Superseding Petition for violations of supervised release (Doc. No. 451). Defendant admitted the violations contained in the petition. Defendant is sentenced to time served. The defendant will remain in custody until a bed becomes available at the residential re-entry center (RRC). The defendant shall immediately enter the RRC and remain in residency for a period of no less that 120 days, but no more than 180 days, as determined by the U.S. Probation Officer. While in residency at the RRC, the defendant shall follow all rules of the regulations of the RRC.

Defendant's supervised release will not be tolled during his time in custody. He will remain on his current conditions of supervised release with the following added conditions:

1. Defendant shall participate in a mental health treatment program as directed by the U.S. Probation Officer. Defendant shall pay all or part of the costs if the U.S. Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment; and,

2. Defendant shall participate in a cognitive behavioral therapy (CBT) program as directed by the U.S. Probation Office. Defendant shall pay all or part of the cost of the CBT if the U.S. Probation Office determines he has the financial ability to do so or has the appropriate insurance coverage to pay for such treatment.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE